Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA 91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
STEPHANIE VILLALPANDO

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE VILLALPANDO, <br><br> Plaintiff; <br><br> v. <br><br> CAPITAL ONE, NATIONAL ASSOCIATION; <br><br> Defendant. | Case No.: 2:17-cv-03902-VAP-SK <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, STEPHANIE VILLALPANDO, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: November 8, 2017      WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically filed the foregoing with the Clerk of the Court for the United Stated District Court-Central District of California by using the appellate CM/ECF system, which provided notice of such filing to the following:

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE T. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101
Attorneys for Defendants
CAPITAL ONE BANK (USA), N.A.
and CAPITAL ONE, N.A.

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal