JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 15, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE VILLAPANDO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAPITAL ONE BANK USA, N.A.,<br><br>　　　　Defendants. | Case No. **2:17-cv-03902 VAP (SKx)**<br><br>**ORDER OF DISMISSAL** |

　　　The Court having been advised by counsel for the parties that the above-entitled action has settled,

　　　**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

　　　THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.

Dated: November 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm